UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| CITY OF MOSES LAKE,<br>a Washington municipal corporation, | ) )<br>) | No. CV-04-0376-LRS |
| | ) ) ) | **ORDER DENYING MOTION FOR ENTRY OF STIPULATION FOR PROTECTIVE ORDER** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| THE UNITED STATES OF AMERICA, et al., | ) ) ) ) ) | |
| Defendants. | ) ) ) | |
| _____ | ) | |

Safeco Insurance Company, et al. ("Safeco"), the "Plaintiffs-Intervenors" (cross-claimants), and City of Moses Lake ("Moses Lake"), the "Defendant In Intervention" (cross-defendant), have submitted to the court a proposed "Stipulation For A Protective Order."

The court has developed concerns about entering protective orders that may result in the sealing of materials which do not justify that protection.  Counsel represent that material disclosed in the course of this lawsuit may include confidential and proprietary information, such as sensitive business, personal, or financial information.  Accepting that representation as true, to the extent either party concludes it is necessary to provide the court with copies of any such materials to be considered in connection with issues coming before the court, such documents will

**ORDER DENYING MOTION FOR ENTRY
OF STIPULATION FOR PROTECTIVE ORDER-    1**

be filed separately under seal with a courtesy copy sent to the chambers.  Otherwise, the court will not consider itself a party to the agreement negotiated by the parties.

The "Motion For Entry Of Stipulation For Protective Order" (Ct. Rec. 503) is **DENIED**.

**IT IS SO ORDERED**.  The District Executive is directed to enter this order and forward copies to counsel.

**DATED** this  15th  of June, 2007.

*s/Lonny R. Suko*
LONNY R. SUKO
United States District Judge

**ORDER DENYING MOTION  FOR  ENTRY OF STIPULATION FOR PROTECTIVE ORDER-    2**