UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF MOSES LAKE, a Washington Municipal corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>The UNITED STATES OF AMERICA, et al.<br><br>    Defendants. | CASE NO. CV-04-0376-LRS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The parties have filed a stipulated Motion requesting an order dismissing this action with prejudice pursuant to a settlement memorialized in a consent decree in Case Nos. CV-10-457-LRS and CV-10-459-LRS.  Good cause appearing, the application is hereby GRANTED.

Each party shall bear its own fees and costs.

**IT IS SO ORDERED**.  The District Executive is directed to enter this order and forward copies to counsel.

Entered this 28th day of March, 2011.

*s/Lonny R. Suko*
_____
Lonny R. Suko
U.S. District Court Judge

*101046889_1.DOC*